UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN TENNESSEE
------------------------------------X
UNITED STATES OF AMERICA            :

                                    **MOTION REQUESTING**
        -vs-                        **ADJOURNMENT OF SENTENCING**

                                    203cr20094
DAVID HERNANDEZ

        Defendant,                  :
_____X   **Hon. McCalla**

To the Honorable Court,

**PLEASE TAKE NOTICE**, that I, Carlos Perez-Olivo the attorney for the above named individual, will unfortunately not be able to attend the above matter, that has been scheduled for Friday, May 6th, 2005, due to the fact that I was scheduled to return back to New York today May 5th, from a vacation that I am on in Puerto Rico with my family, but due to a severe Vertigo attack I had today that stems from my Meniere's Disease. I was advised not to fly today but instead to wait a day or two extra until I am better to travel. For this reason I unfortunately will not be able to travel to Tennessee in time for this matter. I apologize to this Honorable Court for my absence tomorrow and I respectfully request that you adjourn this matter to any date in June your Honorable Court wishes to assign.

Dated: Kew Gardens, NY
       May 5th, 2005

MOTION GRANTED
Reset To Friday
June 3, 2005
at 8:45 am

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
May 5, 2005
/DATE

                                    Respectfully Submitted,

                                    Carlos Perez-Olivo
                                    80-02 Kew Gardens Rd, Suite 1040
                                    Kew Gardens, NY 11415
                                    Tel. (718) 793-5327 / Fax. (718) 793-2012

cc.   Joseph Murphy
      Assistant United States Attorney

cc.   Judy B. Palmer
      U.S. Probation Officer

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-5-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:03-CR-20094 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Carlos Prez-Olivo
LAW OFFICE OF CARLOS PEREZ-OLIVO
80-02 Kew Gardens Rd
Ste 1040
Kew Gardens, NY 11415

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT