UNITED STATES DISTRICT COURT
DISTRICT OF WESTERN TENNESSEE
------------------------------------------------X
UNITED STATES OF AMERICA        :

                -vs-

                                                **MOTION REQUESTING**
                                                **CONTINUANCE**

                                                203cr20094

DAVID HERNANDEZ

            Defendant.          :
------------------------------------------------X   Hon. McCalla

FILED BY _____ D.C.
05 JUN -3 AM 6:51
Robert R. Di Trollo
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RECEIVED JUN - 2 2005

To the Honorable Court,

      **PLEASE TAKE NOTICE**, that I, Carlos Perez-Olivo the attorney for the above named individual, will unfortunately not be able to attend the above matter, that has been scheduled for tomorrow, Friday June 3rd, 2005, due to the fact that I will be engaged on trial in New York, Queens Supreme Court on People vs. Oscar Sanchez, Docket # 2296-97, before the Honorable Judge B. Kron. Criminal Term Part K7 Court Room 640, Tel #'s (718) 520-3493, 3650, 2259. I apologize to this Honorable Court for my absence tomorrow and I respectfully request that you adjourn this matter to any date on or after June 16th your Honorable Court wishes to assign.

Dated: Kew Gardens, NY
June 2nd, 2005



MOTION GRANTED
Sentencing RESET
to Thursday June 23
2005 at 8:45AM

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
June 2, 2005
DATE

Respectfully Submitted,

Carlos Perez-Olivo
80-02 Kew Gardens Rd, Suite 1040
Kew Gardens, NY 11415
Tel. (718) 793-5327 / Fax. (718) 793-2012

cc.    Joseph Murphy
       Assistant United States Attorney

cc.    Judy B. Palmer
       U.S. Probation Officer

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 112 in case 2:03-CR-20094 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Carlos Prez-Olivo
LAW OFFICE OF CARLOS PEREZ-OLIVO
80-02 Kew Gardens Rd
Ste 1040
Kew Gardens, NY 11415

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT