IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 16 PM 6:39

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. <u>03-20094-M1</u> |
| DAVID HERNANDEZ, | ) |
| Defendant. | ) |

## ORDER

Upon motion of the United States, the sentencing hearing in the above-referenced case is continued until <u>Monday, July 18</u>, 2005, at 9:00 a.m.

IT IS SO ORDERED this <u>16</u> day of June, 2005.

JON P. McCALLA
U.S. District Judge

Approved by:

Joseph C. Murphy, Jr.
Assistant U.S. Attorney

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-17-05

(114)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:03-CR-20094 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Carlos Prez-Olivo
LAW OFFICE OF CARLOS PEREZ-OLIVO
80-02 Kew Gardens Rd
Ste 1040
Kew Gardens, NY 11415

Honorable Jon McCalla
US DISTRICT COURT